**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Atlanta Trial Lawyers Group of Adam S. Jaffe & Associates, LLC**
4060 Peachtree Rd.
Suite D #181
Atlanta, GA 30319

**58−2566958**

Case No.: **09−92774−mhm**
Chapter: **7**
Judge: **Margaret Murphy**

**NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM**

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **01/31/11**

Government proof of claim: **01/31/11**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: November 2, 2010

Form ntcpoc